IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CAZARES, | 1:10-cv-01640-SMS (PC) |
| Plaintiff, | ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT |
| vs. | |
| R. LOPEZ, et al., | (Motion # 6) |
| Defendants. | |

On October 4, 2010, plaintiff filed a second motion seeking leave to proceed in forma pauperis. Plaintiff's first motion was granted on September 13, 2010. Therefore, plaintiff's motion is DENIED as moot.

IT IS SO ORDERED.

**Dated:   October 7, 2010**          /s/ Sandra M. Snyder
                                   UNITED STATES MAGISTRATE JUDGE