# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CAZARES,<br><br>                Plaintiff,<br><br>    v.<br><br>R. LOPEZ, et al.,<br><br>                Defendants.<br>_____/ | CASE NO. 1:10-cv-01640-SKO PC<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED UNDER SECTION 1983<br><br>(Docs. 1 and 10)<br><br>ORDER THAT DISMISSAL IS SUBJECT TO 28 U.S.C. § 1915(G) |

      Plaintiff Eric Cazares, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 10, 2010. On August 25, 2011, the Court dismissed Plaintiff's complaint for failure to state a claim and ordered Plaintiff to file an amended complaint within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). To date, Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

      Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state a claim upon which relief

///
///
///
///
///

1

1  may be granted under section 1983.  This dismissal is subject to the "three-strikes" provision set
2  forth  in 28 U.S.C. § 1915(g).  <u>Silva v. Vittorio</u>, No. 08-15620, 2011 WL 4436248, at *4 (9th Cir.
3  Sept. 26, 2011).

7  IT IS SO ORDERED.

8  **Dated:   October 14, 2011**                /s/ **Sheila K. Oberto**
                                      UNITED STATES MAGISTRATE JUDGE